Vincent Eugene WILLIAMS,
Petitioner–Appellant,

v.

L.K. KELLY, Warden, Respondent–
Appellee.

No. 07–6320.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 21, 2007.

Vincent Eugene Williams, Appellant Pro
Se. Banci Enga Tewolde, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before WIDENER, MICHAEL, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Vincent Eugene Williams seeks to ap-
peal the magistrate judge's orders denying
relief on his 28 U.S.C. § 2254 (2000) peti-
tion and motion to reconsider.* The or-

ders are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Williams has not
made the requisite showing. Accordingly,
we deny Williams' motions for a certificate
of appealability, for oral argument, for ap-
pointment of counsel, and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*

---

* The parties consented to the magistrate
  judge's jurisdiction under 28 U.S.C. § 636(c)
  (2000).